**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-000024-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD JOSEPH STRABALA,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On January 21, 2014, the Court ordered that on or by February 11, 2014, the government and probation office respond to the Defendant's Pro Se Motion for Early Termination of Supervised Release.

**THE COURT**, has reviewed responses from the government and the probation office wherein it is indicated that the defendant is no longer in need of supervision. Accordingly, it is

**ORDERED** that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this 30th day of January, 2014.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge